The Honorable Marsha J. Pechman

CC: TO JUDGE **ZG**

☑ **ORIGINAL**

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

NOV 13 2000  ZG

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEP!

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSHUA SUPNICK, et al., Individually and On Behalf of All Others Similarly Situated, | No C-00-0221-P **(Consolidated)** |
| Plaintiffs, | JOINT STATUS CONFERENCE REPORT |
| vs | DATE: November 13, 2000 |
| AMAZON COM, INC. and ALEXA INTERNET, | TIME: 1 30 p.m |
| | COURTROOM: The Honorable Marsha J. Pechman |
| Defendants | |

Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone 206/839-0730 • Fax 206/839-0728

In preparation for the status conference scheduled for November 13, 2000, the parties submit this summary of developments since the last status conference.

I. **DISCOVERY**

In order to expedite the production of documents, plaintiffs' counsel have met and conferred with defense counsel on numerous occasions regarding the progress of document production, including the timetable and structure of electronic document production. Where, as here, the majority of defendant's documents are in electronic form, for all the reasons discussed at the last status conference as well as specific technical issues that have arisen, arranging for production has been a complex process (plaintiffs have hired a consultant to assist in the process). Defendants anticipate the completing the production of responsive documents and electronic information by the end of this year.

Due to the previous settlement discussions and the necessity of additional time to complete document production and provide discovery responses, the parties will not be able to meet the Court-ordered December 15 deadline for completion of fact discovery. Accordingly, the parties will ask the Court to modify the discovery cut-off dates and propose the following dates

| | |
|---|---|
| Fact Discovery | March 1, 2001 |
| Expert Discovery | April 30, 2001 |
| Requests for Admission | |
|    Serve | May 7, 2001 |
|    Respond | May 28, 2001 |
| Summary Judgment: | |
|    Serve | June 21, 2001 |
|    Opposition | July 20, 2001 |

The dates for all other scheduled events, including the trial date, would remain the same. The parties shall submit a separate stipulation addressing this extension

All plaintiffs (except for plaintiff Sklare) have provided responses to defendants' document requests, interrogatories and requests for admissions (plaintiff Sklare's responses shall be provided

JOINT STATUS CONFERENCE REPORT

- 1 -

Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone 206/839-0730 • Fax 206/839-0728

1  shortly). The parties are currently engaged in a meet-and-confer process to address any perceived
2  deficiencies in plaintiffs' responses

3  The parties have exchanged correspondence in an attempt to assess the nature and substance
4  of evidence being stored in electronic form  On October 26, 2000, counsel for the parties had a
5  telephonic meet and confer to further refine outstanding issues and attempt to agree upon a protocol
6  governing electronic discovery  The parties hope to reach agreement on the protocol for the
7  production of electronic information by December 15, 2000.

## II. SETTLEMENT DISCUSSIONS AND NOTICE

9   Since the last status conference, per the Court's direction at the last conference the parties
10  have participated in informal written settlement discussions in response to their respective written
11  settlement proposals.

12  On September 27, following the last status conference, plaintiffs sent a notice proposal to
13  defendants  On October 6, defendants suggested that if mediation was to proceed before Mr. Marks,
14  then they saw no purpose of sending out class notice "at this time." Plaintiffs believe that, unless
15  more progress is made in terms of reaching resolution informally in the next several weeks,
16  addressing the form and method of notice should not wait upon a mediation session in January, but
17  should be a matter resolved so that if the informal discussions and the mediation do not succeed,
18  notice can go out expeditiously

JOINT STATUS CONFERENCE REPORT

- 2 -

Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone 206/839-0730 • Fax 206/839-0728

The parties have agreed on the Hon. Jonathan Marks from JAMS/Endispute as a mediator The parties have not yet agreed on a date to commence mediation, if necessary, but expect to schedule the mediation for a date in January 2001

DATED   November 10, 2000

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
SETH R. LESSER

*Seth R. Lesser (by lgp)* (with authority)
_____
SETH R. LESSER

One University Place, Suite 516
Hackensack, NJ 07601
Telephone: 201/487-9700

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
LEONARD B. SIMON
ALAN M MANSFIELD
WILLIAM J. DOYLE II

*Alan M Mansfield (by lgp)* (with authority)
_____
ALAN M. MANSFIELD

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MILLER FAUCHER AND CAFFERTY LLP
BRYAN L. CLOBES

*Bryan L. Clobes (by lgp)* (with authority)
_____
BRYAN L CLOBES

30 South 15th Street, Suite 2500
Philadelphia, PA 19102
Telephone: 215/864-2800
215/864-2810 (fax)

Plaintiffs' Co-Lead Counsel

JOINT STATUS CONFERENCE REPORT

- 3 -

Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone 206/839-0730 • Fax 206/839-0728

|   |   |
|---|---|
| 1 | MILBERG WEISS BERSHAD |
| 2 | HYNES & LERACH LLP |
|   | LORI G. FELDMAN |

*(signature)*

LORI G FELDMAN

1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone  206/839-0730
206/839-0728 (fax)

Plaintiffs' Liaison Counsel

DATED: November 10, 2000

PERKINS COIE LLP
DAVID J BURMAN
NICHOLAS P. GELLERT

*(signature: Nicholas P. Sellert (with authority by ego))*

NICHOLAS P GELLERT

1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone· 206/583-8888
206/583-8500 (fax)

PERKINS COIE LLP
CHUN T. WRIGHT
135 Commonwealth Drive, Suite 250
Menlo Park, CA 94025-1105
Telephone: 650/752-6000
650/752-6050 (fax)

Attorneys for Defendants

C \MyFiles\Amazon\mrd80309 wpd

JOINT STATUS CONFERENCE REPORT

- 4 -

Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone 206/839-0730 • Fax 206/839-0728

The Honorable Marsha J. Pechman

CC: TO JUDGE ZG

ORIGINAL

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 13 2000 ZG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA SUPNICK, RICHARD C. BIELES, )
JR., LOREN STONE, and JOEL D. NEWBY, )
individually and on behalf of all others similarly )
situated, )
)
Plaintiffs, )
)
vs. )
)
AMAZON COM, INC and )
ALEXA INTERNET, )
)
Defendants. )

No C00 0221 P

**DECLARATION OF SERVICE**

I, Lori G Feldman, under penalty of perjury under the laws of the State of Washington, declare as follows:

1. I am one of counsel for plaintiffs in this action, and have personal knowledge of the facts set forth herein and am competent to testify hereto

2. On the 10th day of November, 2000, I caused a document entitled Joint Status Conference Report to be served upon the following attorneys of record for defendants

DECLARATION OF SERVICE

- 1 -

Milberg Weiss Bershad Hynes & Lerach LLP
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 839-0730 • FAX (206) 839-0728

| | | |
|---|---|---|
| 1 | Chun T Wright | David J Burman |
| 2 | Perkins Coie LLP | Nicholas P Gellert |
|   | 135 Commonwealth Drive | Perkins Coie LLP |
| 3 | Menlo Park, CA 94025-1105 | 1201 Third Ave, Suite 4800 |
|   |  | Seattle, WA 98101-3099 |
| 4 | [ ] By United States Mail | [ ] By United States Mail |
|   | [ ] By Legal Messenger | [ ] By Hand Delivery |
| 5 | [X] By Facsimile | [X] By Facsimile |
|   | [ ] By Federal Express | [ ] By Federal Express |

DATED THIS 10th day of November, 2000, at Seattle, Washington.

_(signature)_

DECLARATION OF SERVICE

- 2 -